NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES MICHAEL DENOFRIO,**
*Petitioner*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent*

---

2018-1671

---

Petition for review of the Merit Systems Protection Board in Nos. PH-1221-15-0403-W-2, PH-1221-15-0458-W-4, PH-1221-16-0217-W-3, PH-1221-16-0294-W-2, PH-1221-17-0059-W-1.

---

**JUDGMENT**

---

STEPHEN WICKS, Law Office of Stephen D. Wicks, Altoona, PA, argued for petitioner.

JESSICA COLE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by JOSEPH H. HUNT, ALLISON KIDD-MILLER, ROBERT EDWARD KIRSCHMAN, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MAYER, and LOURIE, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 15, 2019      /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
     Clerk of Court